UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:15-CR-190-D-3

UNITED STATES OF AMERICA

v.

ORDER

KEITH ADAMS

THIS CAUSE came on to be heard and was heard upon the Defendant's Motion to Seal the Sentencing Memorandum, which is docket entry number 91. The Court is of the opinion that this motion and its corresponding Order should be filed under seal in the interest of justice.

IT IS, THEREFORE ORDERED that the requested documents to be sealed and be filed under seal.

This the  14  day of April, 2016.

_____
JAMES C. DEVER, III
CHIEF UNITED STATES DISTRICT COURT JUDGE